Commonwealth *v.* Groves, Appellant.

Argued November 16, 1973.
*Richard Peter Krill*, Public Defender, for appellant;
*W. Bertram Waychoff*, District Attorney, submitted a brief for Commonwealth, appellee.

OPINION PER CURIAM: The sentence imposed for a crime committed while on parole cannot be made concurrent with the remainder of the old sentence. *Commonwealth v. Draper*, 222 Pa. Superior Ct. 26, 293 A. 2d 614 (1972).

Remanded for resentence.

SPAULDING, J., absent.

Commonwealth *v.* Guerino, Appellant.

Argued November 12, 1973. *William J. Rundorff*, First Assistant Public Defender, with him *John J. Regule*, Public Defender, for appellant; *Robert F. Banks*, First Assistant District Attorney, with him *Joseph J. Nelson*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.